**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL CASE NO.: 3:25-CR-114-CHB**
**UNITED STATES OF AMERICA, PLAINTIFF,**

**vs.**

**ANTONIO PENA, DEFENDANT.**

## MOTION TO AMEND BOND CONDITIONS

Comes the Defendant, Antonio Pena, by counsel, and moves this Honorable Court to amend his bond conditions. Counsel requests that the bond conditions be amended to allow travel to Philadelphia to see his 2-year-old daughter. In support of this motion, the Defendant states as follows:

Mr. Pena was released in this matter on August 11, 2025. DN 29. As a condition of his release, Mr. Pena's travel was restricted to the Eastern District of New York and the Western District of Kentucky. DN 30 (amending a clerical error to DN 29). Mr. Pena currently lives in New York, but his 2-year-old daughter resides in Philadelphia, Pennsylvania. Per the undersigned's knowledge, Mr. Pena has abided by all conditions of the U.S. Probation office. This compliance demonstrates that he does not pose a flight risk. Mr. Pena would like to have the opportunity to travel to Philadelphia to see his young daughter, especially with the holidays coming up. Counsel for the undersigned has discussed this matter with Assistant United States Attorney, Corinne Keel, and she has no objection to the motion.

WHEREFORE, undersigned counsel moves this Honorable Court to amend the bond conditions to allow travel to Philadelphia, Pennsylvania (Eastern District of Pennsylvania).

s/Chastity Beyl
Assistant Federal Defender
200 Theatre Building
629 S. Fourth Avenue
Louisville, Kentucky 40202

Counsel for Defendant.

**CERTIFICATE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Spencer McKiness, Assistant United States Attorney.

s/ Chastity Beyl